DONALD CLOYCE WAGDA (Cal. Bar No. 257254)
380 Hamilton Avenue #72
Palo Alto, California  94301
Telephone: (650) 644-7151
donald@WagdaLaw.com

*Attorney for Plaintiff*
JENNY SHAO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY SHAO,<br><br>    Plaintiff,<br><br>    vs.<br><br>URBAN ALCHEMY, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-6300-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND CHANGING DEFENDANT ROBERT MOORE'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Civil L.R. 6-1; 6-2<br><br>Conference Date: March 22, 2024<br>Time:  8:30 a.m.<br>Place:  Phillip Burton Federal Building<br>  450 Golden Gate Avenue<br>  San Francisco, CA 94102 |

WHEREAS, on December 8, 2023, Plaintiff JENNY SHAO initiated the above-captioned Action by filing a Complaint for Damages and Injunctive Relief for Violations of Civil Rights (ECF 1);

WHEREAS, on December 11, 2023, this Case was assigned to Magistrate Judge Thomas S. Hixson (ECF 3) and an Initial Case Management Conference was scheduled for March 7, 2024 (ECF 4);

WHEREAS, on January 17, 2024, before any Defendant was served, Plaintiff filed a First Amended Complaint for Damages and Injunctive Relief for Violations of Civil Rights (ECF 10) ("FAC");

WHEREAS, on February 8, 2024, Plaintiff and Defendant CITY AND COUNTY OF SAN FRANCISCO entered into a Stipulation Extending Time to Respond to Complaint (ECF 13) extending

1
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND CHANGING DEFENDANT ROBERT MOORE'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT

said Defendant's deadline to respond to the FAC to March 1, 2024;

WHEREAS, on February 15, 2024, Plaintiff and Defendant URBAN ALCHEMY entered into a Stipulation Extending Time to Respond to Complaint (ECF 17) extending said Defendant's deadline to respond to the FAC to March 4, 2024;

WHEREAS, on February 23, 2024, the Court entered an Order Reassigning Case (ECF 26) reassigning this Case from Magistrate Judge Thomas S. Hixson to Senior District Judge Charles R. Breyer for all further proceedings, and vacating all hearing dates;

WHEREAS, on February 23, 2024, an Initial Case Management Conference was set for March 22, 2024 (ECF 27);

WHEREAS, on March 1, 2024, Plaintiff and Defendants URBAN ALCHEMY, CITY AND COUNTY OF SAN FRANCISCO, ANDREW Q. JUAREZ and RUBEN A. ROMERO entered into a Stipulation Extending Time to Respond to Complaint (ECF 28) extending said Defendants' respective deadlines to respond to the FAC to April 9, 2024;

WHEREAS, on March 6, 2024, Defendant ROBERT MOORE filed a Waiver of Service (ECF 32), which waiver extends the deadline for Defendant ROBERT MOORE to respond to the FAC until May 5, 2024;

WHEREAS, per the request of Plaintiff, and to accommodate the other parties and the timely prosecution of this matter, Defendant ROBERT MOORE has agreed to a shortened time period for his response, until **April 19, 2024**, but no sooner than this date.

WHEREAS, Plaintiff represents that Defendant MID-MARKET FOUNDATION[1] has very recently retained legal counsel and that Plaintiff and said Defendant have agreed to an extension of time for said Defendant to evaluate the Case and respond to the FAC, which agreement Plaintiff expects to be reflected in a separate stipulation to be filed with the Court promptly hereafter;

WHEREAS, at least one Defendant is contemplating filing a Motion to Dismiss, the Court's decision upon which could affect the scope of the Case and, as such, could also affect the scope of

---

[1] Plaintiff represents that although Defendant Mid-Market Foundation is not a party to this Stipulation, said Defendant's newly-retained legal counsel has informed Plaintiff's counsel that Mid-Market Foundation has no objection to the relief sought herein.

discovery and trial as well as the time needed for the pre-trial and trial deadlines;

IT IS HEREBY STIPULATED that Defendant ROBERT MOORE's deadline to respond to the FAC is changed to April 19, 2024; and

IT IS FURTHER STIPULATED that the date of the Initial Case Management Conference should be changed from March 22, 2024 to June 7, 2024 (with related deadlines adjusted accordingly).

Stipulated by Plaintiff JENNY SHAO:

Dated: March 8, 2024

By: */s/ Donald Cloyce Wagda*
DONALD CLOYCE WAGDA (Cal. Bar No. 257254)
380 Hamilton Avenue #72
Palo Alto, California 94301
Telephone: (650) 644-7151
donald@WagdaLaw.com

*Attorney for Plaintiff*
JENNY SHAO

Stipulated by Defendant URBAN ALCHEMY:

Dated: March 8, 2024

By: */s/ Kere K. Tickner*
KERE K. TICKNER (Cal. Bar No. 174777)
McGlinchey Stafford PLLC
18201 Von Karman Avenue Suite 350
Irvine, California 92612
Telephone:    (949) 381-5925
Facsimile:    (949) 271-4040
Email:        ktickner@mcglinchey.com

*Attorneys for Defendant*
URBAN ALCHEMY

Stipulated by Defendants CITY AND COUNTY OF SAN FRANCISCO, ANDREW Q JUAREZ AND RUBEN A. ROMERO:

Dated: March 8, 2024

By: */s/ Katherine B. Bearman*
KATHERINE B. BEARMAN

DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
KATHERINE B. BEARMAN, State Bar #280561
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
Fox Plaza, 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-4256 [Bearman]
             (415) 554-3901 [Wald]
Facsimile:   (415) 554-3837
E-Mail:      kate.bearman@sfcityatty.org
             abigail.wald@sfcityatty.org
*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO
ANDREW Q. JUAREZ
RUBEN A. ROMERO

Stipulated by Defendant ROBERT MOORE:

Dated: March 8, 2024

By: */s/ Larry A. Helfman, Esq.*
LARRY A. HELFMAN, ESQ., State Bar no. 146523
FRIEDENTHAL, HEFFERNAN & BROWN, LLP
1520 W. Colorado Boulevard, Second Floor
Pasadena, California 91105
Telephone: (626) 628-2800
Facsimile: (626) 628-2828
Email: lhelfman@fhblawyers.com

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Donald Wagda, declare under penalty of perjury under the laws of the State of California that each of the other signatories hereto has concurred in the filing of this document.

Dated: March 8, 2024

/s/ Donald Cloyce Wagda
DONALD CLOYCE WAGDA

*Attorney for Plaintiff*
JENNY SHAO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

A Joint Case Management Statement due by May 31, 2024. Case Management Conference set for June 7, 2024 at 8:30 a.m.

Dated: March 13, 2024

HON. CHARLES R. BREYER
United States Senior District Judge