DONALD CLOYCE WAGDA (Cal. Bar No. 257254)
380 Hamilton Avenue #72
Palo Alto, California  94301
Telephone: (650) 644-7151
donald@WagdaLaw.com

*Attorney for Plaintiff*
JENNY SHAO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY SHAO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>URBAN ALCHEMY, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-06300-CRB<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a) |

　　　　WHEREAS, on August 7, 2024, Plaintiff JENNY SHAO and Defendants URBAN ALCHEMY, MID-MARKET FOUNDATION AND ROBERT MOORE (the "First Settling Parties") entered into a written settlement agreement effective August 7, 2024 (the "First Partial Settlement Agreement");

　　　　WHEREAS, on January 21, 2025, Plaintiff JENNY SHAO and Defendants CITY AND COUNTY OF SAN FRANCISCO, ANDREW Q. JUAREZ, and RUBEN A. ROMERO (the "Second Settling Parties"), together with certain payers, entered into a written settlement agreement as to all claims asserted against said Defendants (the "Second Partial Settlement Agreement");

　　　　WHEREAS, the First Settling Parties no longer anticipate filing a Motion for Good Faith Settlement with respect to the First Partial Settlement;

　　　　IT IS HEREBY STIPULATED, by and among the First Settling Parties, through their respective counsel, that any condition to settlement requiring a Court determination of the good faith of the settlement be, and hereby is, irrevocably WAIVED;

　　　　IT IS FURTHER STIPULATED, by and among the First Settling Parties and the Second Settling

Parties, that the entire Action, including all claims against all Parties, should be dismissed with prejudice, and that each Party to the Action should bear its own attorneys' fees, expert fees, and other costs and expenses;

IT IS FURTHER STIPULATED, by and among the First Settling Parties and the Second Settling Parties, that the Court should enter an Order maintaining jurisdiction to enforce the terms and conditions of the First Partial Settlement Agreement and the Second Partial Settlement Agreement, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Stipulated by Plaintiff JENNY SHAO:

Dated:  February 28, 2025

By: */s/ Donald Cloyce Wagda*
DONALD CLOYCE WAGDA (Cal. Bar No. 257254)
380 Hamilton Avenue #72
Palo Alto, California  94301
Telephone: (650) 644-7151
donald@WagdaLaw.com

*Attorney for Plaintiff*
JENNY SHAO

Stipulated by Defendant URBAN ALCHEMY:

Dated:  February 28, 2025

By: */s/ Kere K. Tickner*
KERE K. TICKNER (Cal. Bar No. 174777)
McGlinchey Stafford PLLC
2050 Main Street, Ste. 550
Irvine, California 92614
Telephone:     (949) 381-5925
Facsimile:     (949) 271-4040
Email:          ktickner@mcglinchey.com

*Attorneys for Defendant*
URBAN ALCHEMY

Stipulated by Defendant MID-MARKET FOUNDATION:

Dated: February 28, 2025

By: */s/ Jeffrey V. Ta*
JEFFREY V. TA

JEFFREY V. TA, State Bar No. 225188
LAGASSE BRANCH BELL + KINKEAD LLP
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Tel.: (628) 228-0098
Fax: (628) 222-5872
Email: jta@lbbklaw.com

Dated: March 3, 2025

By: */s/ Arnold Levine*
ARNOLD LEVINE, ESQ., State Bar no. 201792
VEATCH CARLSON, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017-2444
Tel.: (213) 381-2861
Fax: (213) 383-6370
Email: alevine@veatchfirm.com

*Attorneys for Defendant*
MID-MARKET FOUNDATION

Stipulated by Defendant ROBERT MOORE:

Dated: March 3, 2025

By: */s/ Jay D. Brown*
JAY D. BROWN, ESQ., State Bar no. 143522
FRIEDENTHAL, HEFFERNAN & BROWN, LLP
1520 W. Colorado Boulevard, Second Floor
Pasadena, California 91105
Telephone: (626) 628-2800
Facsimile: (626) 628-2828
Email: jbrown@fhblawyers.com

*Attorneys for Defendant*
ROBERT MOORE

Stipulated by Defendants CITY AND COUNTY OF SAN FRANCISCO, ANDREW Q JUAREZ AND RUBEN A. ROMERO:

Dated: February 28, 2025

By: ___*/s/ Katherine B. Bearman*___
KATHERINE B. BEARMAN

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER CHOI, State Bar #184058
Chief Trial Deputy
KATHERINE B. BEARMAN, State Bar #280561
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
Fox Plaza, 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4256 [Bearman]
              (415) 554-3901 [Wald]
Facsimile:    (415) 554-3837
E-Mail:       kate.bearman@sfcityatty.org
              abigail.wald@sfcityatty.org
*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO
ANDREW Q. JUAREZ
RUBEN A. ROMERO

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Donald Wagda, declare under penalty of perjury under the laws of the State of California that each of the other signatories hereto has concurred in the filing of this document.

Dated: February 28, 2025

/s/ Donald Cloyce Wagda
DONALD CLOYCE WAGDA

*Attorney for Plaintiff*
JENNY SHAO

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against all Defendants, and this entire Action, are hereby dismissed with prejudice. Each Party to this Action shall bear its own attorneys' fees, expert fees, and other costs and expenses. This Court shall retain jurisdiction to enforce the terms and conditions of the First Partial Settlement Agreement and the Second Partial Settlement Agreement (each as defined in the Stipulation).

Dated: March 4, 2025

HON. CHARLES R. BREYER
United States Senior District Judge